**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38557 |
| | § | |
| MICHAEL KESELICA | § | |
| JEANETTE KESELICA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/26/2016, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/29/2016      By:  /s/ David P. Leibowitz
                               Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38557 |
| | § | |
| MICHAEL KESELICA | § | |
| JEANETTE KESELICA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $9,022.00 |
| *and approved disbursements of* | $5,635.49 |
| *leaving a balance on hand of[1]:* | $3,386.51 |

Claims of secured creditors will be paid as follows:

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,386.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $860.30 | $0.00 | $860.30 |
| David P. Leibowitz, Trustee Expenses | $14.22 | $0.00 | $14.22 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $874.52 |
| Remaining balance: | $2,511.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,511.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,511.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,652.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $9,693.94 | $0.00 | $511.03 |
| 2 | Fifth Third Bank | $9,782.07 | $0.00 | $515.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | $12,818.98 | $0.00 | $675.75 |
| 5 | PYOD, LLC its successors and assigns as assignee | $11,084.83 | $0.00 | $584.34 |
| 6 | Synchrony Bank | $3,735.00 | $0.00 | $196.89 |
| 7 | Synchrony Bank | $537.29 | $0.00 | $28.32 |

|  | Total to be paid to timely general unsecured claims: | $2,511.99 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                     Case No. 14-38557-PSH
Michael Keselica                                           Chapter 7
Jeanette Keselica
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cshabez              Page 1 of 2                  Date Rcvd: Mar 30, 2016
                              Form ID: pdf006            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
db/jdb         +Michael Keselica,    Jeanette Keselica,    16906 Grissom Drive,    Tinley Park, IL 60477-2319
22555463       +Advocate Christ Hospital,     P.O. Box 4256,    Carol Stream, IL 60197-4256
22555465       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
22555466       +Cornerstone Dept Of Education,     P.O. Box 61047,    Harrisburg, PA 17106-1047
22555467       +Fifth Third Bank,     5050 Kingsley Drive,    Cincinnati, OH 45227-1115
23279304       +Fifth Third Bank,     PO Box 9013,   Addison, Texas 75001-9013
22555468       +Glenwood Medical Corporation,     10735 W 159th Street,    Orland Park, IL 60467-4531
23308387        Green Tree Servicing LLC,     PO Box 44265,    Jacksonville, FL 32231-4265
22555470       +Haris & Harris Ltd.,     111 West Jackson Blvd Ste 400,    Chicago, IL 60604-4135
22555461       +Keselica Jeanette,     16906 Grissom Drive,    Tinley Park, IL 60477-2319
22555460       +Keselica Michael,     16906 Grissom Drive,    Tinley Park, IL 60477-2319
22555471       +Mercy Health System,     1000 Mineral Point Ave,    Janesville, WI 53548-2940
22555462        Michael B Dedio,    60406-2155
22555472       +Stellar Recovery Inc.,     4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
22555475       +THD/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
22555474       +Target Bank USA,     P.O. Box 673,   Minneapolis, MN 55440-0673
22555476       +Total Flooring Inc.,     13412 West 159th Street,    Homer Glen, IL 60491-7950
22555477      ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                 Federick, MD  21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22555464       +E-mail/Text: ally@ebn.phinsolutions.com Mar 31 2016 00:52:50      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
23207038        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2016 01:18:12
                 American InfoSource LP as agent for,     TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
22555469        E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:26      Green Tree Servicing,
                 332 Minnesota Street Ste 610,    Saint Paul, MN  55101
23481496       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2016 00:59:15
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22555473       +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:25      SYNCB Ashley Home Store,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
23485862        E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:26      Synchrony Bank,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2016 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Kenneth W Bach    on behalf of Creditor   Green Tree Servicing LLC kennethb@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
```

```
District/off: 0752-1           User: cshabez              Page 2 of 2            Date Rcvd: Mar 30, 2016
                               Form ID: pdf006            Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael B Dedio    on behalf of Debtor 2 Jeanette  Keselica dediolaw@sbcglobal.net
              Michael B Dedio    on behalf of Debtor 1 Michael   Keselica dediolaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald J. Kapustka    on behalf of Creditor   Clearview Condominium IX Association c/o Kovitz
               Shifrin Nesbit ndaily@ksnlaw.com,   bankruptcy@ksnlaw.com
                                                                                             TOTAL: 7
```