**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38557 |
| | § | |
| MICHAEL KESELICA | § | |
| JEANETTE KESELICA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $311,577.00 | Assets Exempt: | $54,447.00 |
| Total Distributions to Claimants: | $2,511.99 | Claims Discharged Without Payment: | $51,832.35 |
| Total Expenses of Administration: | $929.20 | | |

3) Total gross receipts of $9,022.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,580.81 (see **Exhibit 2),** yielded net receipts of $3,441.19 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $364,474.00 | $151,459.20 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $929.20 | $929.20 | $929.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $53,405.23 | $47,652.11 | $47,652.11 | $2,511.99 |
| **Total Disbursements** | $417,879.23 | $200,040.51 | $48,581.31 | $3,441.19 |

4). This case was originally filed under chapter 7 on 10/24/2014. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2016         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Return | 1224-000 | $9,022.00 |
| **TOTAL GROSS RECEIPTS** | | $9,022.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MICHAEL AND JEANETTE KESELICA | Exemptions | 8100-002 | $5,580.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $5,580.81 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Green Tree Servicing LLC | 4110-000 | $151,175.00 | $151,459.20 | $0.00 | $0.00 |
| | Ally Financial | 4110-000 | $16,922.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $196,377.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $364,474.00 | $151,459.20 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $860.30 | $860.30 | $860.30 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.22 | $14.22 | $14.22 |
| Green Bank | 2600-000 | NA | $54.68 | $54.68 | $54.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $929.20 | $929.20 | $929.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $9,294.00 | $9,693.94 | $9,693.94 | $511.03 |
| 2 | Fifth Third Bank | 7100-900 | $9,782.00 | $9,782.07 | $9,782.07 | $515.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $12,818.00 | $12,818.98 | $12,818.98 | $675.75 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,084.00 | $11,084.83 | $11,084.83 | $584.34 |
| 6 | Synchrony Bank | 7100-900 | $3,735.00 | $3,735.00 | $3,735.00 | $196.89 |
| 7 | Synchrony Bank | 7100-900 | $0.00 | $537.29 | $537.29 | $28.32 |
|  | Advocate Christ Hospital | 7100-000 | $555.23 | $0.00 | $0.00 | $0.00 |
|  | Cornerstone Dept Of Education | 7100-000 | $3,401.00 | $0.00 | $0.00 | $0.00 |
|  | Glenwood Medical Corporation | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
|  | Mercy Health System | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
|  | Stellar Recovery Inc. | 7100-000 | $141.00 | $0.00 | $0.00 | $0.00 |
|  | THD/CBNA | 7100-000 | $2,187.00 | $0.00 | $0.00 | $0.00 |
|  | Total Flooring Inc. | 7100-000 | $228.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,405.23 | $47,652.11 | $47,652.11 | $2,511.99 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-38557-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KESELICA, MICHAEL AND KESELICA, JEANETTE | Date Filed (f) or Converted (c): | 10/24/2014 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 07/22/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Three Bd, Two Ba Single Family Home 16906 Grissom Drive Tinley Park Illinois | $200,000.00 | $0.00 | | $0.00 | FA |
| 2 | Two bd, Two Ba Condominium 8300 West 160th Place,Unit 1E Tinley Park, Illinois 60477 | $105,000.00 | $0.00 | | $0.00 | FA |
| 3 | Fifth Third Bank Checking Account | $300.00 | $0.00 | | $0.00 | FA |
| 4 | First Midwest Bank Savings Account | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Tables, Chairs, Televisions, DVD, Couch Bedroom sets, Kitchen Set, Dinette | $3,500.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes for Work and Recreation | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Prudential Whole Life Insurance | $3,262.00 | $0.00 | | $0.00 | FA |
| 8 | (w) 401k through Employment | $35,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2008 Jeep Patriot 85000 Miles | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2011 Dodge Durango 17000 Miles | $12,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2014 Tax Return          (u) | $0.00 | $10,000.00 | | $9,022.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                             **Gross Value of Remaining Assets**

    $359,762.00            $10,000.00                                $9,022.00            $0.00

**Major Activities affecting case closing:**

| 06/20/2016 | TDR to be filed |
| 02/16/2016 | Filed notice of withdrawal of objection to claim 3 |
| 01/21/2016 | Filed objection to Claim 3. |
| 06/30/2015 | Must Object to Claim No. 3 then TFR |
| 04/20/2015 | Review Claims and Prepare TFR |
| 01/21/2015 | Continued to 2/24/2015 for documents only |
| 12/29/2014 | Requested appraisal. |
| 12/24/2014 | Tax Intercept Completed |

| **Initial Projected Date Of Final Report (TFR):** | 08/01/2016 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 03/10/2016 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 14-38557-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KESELICA, MICHAEL AND KESELICA, JEANETTE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2787 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***2788 | Account Title: | |
| For Period Beginning: | 10/24/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2015 | (11) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $9,022.00 | | $9,022.00 |
| 04/22/2015 | 3001 | MICHAEL AND JEANETTE KESELICA | Entitled portion of Tax Refund | 8100-002 | | $5,580.81 | $3,441.19 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.22 | $3,436.97 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.99 | $3,429.98 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.35 | $3,424.63 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.88 | $3,418.75 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.16 | $3,413.59 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.33 | $3,408.26 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.67 | $3,402.59 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.13 | $3,397.46 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.48 | $3,391.98 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.47 | $3,386.51 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.11 | $3,381.40 |
| 03/01/2016 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($5.11) | $3,386.51 |
| 04/28/2016 | 3002 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $860.30 | $2,526.21 |
| 04/28/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.22 | $2,511.99 |
| 04/28/2016 | 3004 | American InfoSource LP as agent for | Amount Claimed: 9,693.94; Distribution Dividend: 5.27; Claim #: 1; Dividend: 15.09; Amount Allowed: 9,693.94; Notes: ; | 7100-900 | | $511.03 | $2,000.96 |
| 04/28/2016 | 3005 | Fifth Third Bank | Amount Claimed: 9,782.07; Distribution Dividend: 5.27; Claim #: 2; Dividend: 15.22; Amount Allowed: 9,782.07; Notes: ; | 7100-900 | | $515.66 | $1,485.30 |
| 04/28/2016 | 3006 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 12,818.98; Distribution Dividend: 5.27; Claim #: 4; Dividend: 19.95; Amount Allowed: 12,818.98; Notes: ; | 7100-900 | | $675.75 | $809.55 |
| 04/28/2016 | 3007 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 11,084.83; Distribution Dividend: 5.27; Claim #: 5; Dividend: 17.25; Amount Allowed: 11,084.83; Notes: ; | 7100-900 | | $584.34 | $225.21 |
| 04/28/2016 | 3008 | Synchrony Bank | Amount Claimed: 3,735.00; Distribution Dividend: 5.27; Claim #: 6; Dividend: 5.81; Amount Allowed: 3,735.00; Notes: ; | 7100-900 | | $196.89 | $28.32 |
| 04/28/2016 | 3009 | Synchrony Bank | Amount Claimed: 537.29; Distribution Dividend: 5.27; Claim #: 7; Dividend: 0.83; Amount Allowed: 537.29; Notes: ; | 7100-900 | | $28.32 | $0.00 |
| | | | **SUBTOTALS** | | $9,022.00 | $9,022.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 14-38557-PSH | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | KESELICA, MICHAEL AND KESELICA, JEANETTE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2787 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***2788 | | Account Title: | |
| For Period Beginning: | 10/24/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $9,022.00 | $9,022.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,022.00 | $9,022.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $5,580.81 | |
| | | | **Net** | | $9,022.00 | $3,441.19 | |

**For the period of 10/24/2014 to 6/26/2016**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,022.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,022.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,441.19 |
| Total Non-Compensable Disbursements: | $5,580.81 |
| Total Comp/Non Comp Disbursements: | $9,022.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2015 to 6/26/2016**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,022.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,022.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,441.19 |
| Total Non-Compensable Disbursements: | $5,580.81 |
| Total Comp/Non Comp Disbursements: | $9,022.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38557-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KESELICA, MICHAEL AND KESELICA, JEANETTE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2787 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | **-***2788 | | Account Title: | |
| For Period Beginning: | 10/24/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,022.00 | $9,022.00 | $0.00 |

| For the period of 10/24/2014 to 6/26/2016 | | For the entire history of the case between 10/24/2014 to 6/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,022.00 | Total Compensable Receipts: | $9,022.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,022.00 | Total Comp/Non Comp Receipts: | $9,022.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,441.19 | Total Compensable Disbursements: | $3,441.19 |
| Total Non-Compensable Disbursements: | $5,580.81 | Total Non-Compensable Disbursements: | $5,580.81 |
| Total Comp/Non Comp Disbursements: | $9,022.00 | Total Comp/Non Comp Disbursements: | $9,022.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |